GLADYS RANDALL, Respondent, v. MABEL ARWIN et al., Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to compel defendants to specifically perform an alleged contract to sell

realty to plaintiff.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.